UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:24-cr-51-SPC-KCD

DOUGLAS ALAN VANDER LAAN

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 57). The Government seeks to have forfeited an **HP laptop, Model G71-340US, serial number CNF0178B7L** ("Asset"), which was subject to the Court's October 4, 2024 Preliminary Order of Forfeiture. (Doc. 39). Although the Government gave proper notice, no third parties have petitioned for the Asset, and the time to do so has expired. The Court thus will forfeit all right, title, and interest in the Asset to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 57) is **GRANTED**.

1. Defendant's interest in the Asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7), and Federal Rule of Criminal

Procedure 32.2(c)(2).

2. Clear title to the Asset is now **VESTED** in the United States.

**DONE and ORDERED** in Fort Myers, Florida on February 21, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record